IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-HC-2139

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW SHERADIN, | ) | |
| | ) | |
| Respondent. | ) | |

On August 10, 2010, Andrew Sheradin ("respondent") filed a pro se "motion for substitute counsel" [D.E. 23]. On August 25, 2010, the Federal Public Defender ("FPD") filed a motion to withdraw as counsel for respondent, which indicates that the FPD "has identified qualified substitute counsel who is willing to accept an appointment from this Court to represent" respondent. FPD Mot. Withdraw [D.E. 24] at 1. For the reasons stated in the FPD's motion [D.E. 24] it is ALLOWED, and the FPD is DIRECTED to refer this case to substitute counsel, who shall enter a Notice of Appearance within five days of the date of this order. Respondent's motion for substitute counsel [D.E. 23] is DENIED as moot. Respondent's June 23, 2010, motion to dismiss [D.E. 18], which was filed by the FPD, is DENIED WITHOUT PREJUDICE.

SO ORDERED. This _18_ day of November 2010.

JAMES C. DEVER III
United States District Judge